IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CV-9-BO

THEODORE HUDSON
        Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

ORDER FOR PAYMENT OF ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT
28 U.S.C. § 2412

Upon consideration of the Petition for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, it is ORDERED that Defendant pay attorney's fees in the amount of **$5,900.00** in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Such payment shall be sent to:

Branch W. Vincent, III
Attorney at Law
8 Juniper Trail
Southern Shores, NC 27949
Phone 252-261-5477
BWVincent3@VincentLawFirm.net

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment shall be made by **check payable to Branch W. Vincent, III, Attorney at Law** and mailed to the office address above.

SO ORDERED, this the 19 day of August, 2021.

Terrence W. Boyle
United States District Judge