UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| THEODORE ROOSEVELT HUDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 2:20-CV-9-BO** |
| KILOLO KIJAKAZI, Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay attorney's fees in the amount of **$5,900.00** in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Such payment shall be sent to: Branch W. Vincent, III, Attorney at Law 8 Juniper Trail Southern Shores, NC 27949 Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment shall be made by **check payable to Branch W. Vincent, III, Attorney at Law** and mailed to the office address above.

**This Judgment Filed and Entered on August 20, 2021, and Copies To:**
| | |
|---|---|
| Branch W. Vincent, III | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |

DATE:  
August 20, 2021

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk